UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Leonard Deron Seamon,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Minnesota, Hennepin County District Court, Marta Chou, Minnesota Department of Corrections, Paul Schnell, MCF-Moose Lake-Willow River, and Brian Collins,<br><br>　　　　　Defendants. | Case No. 23-cv-3142 (PJS/DJF)<br><br>ORDER |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

**ORDER**

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

2. Plaintiff Leonard Deron Seamon's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. [2]) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 29, 2023         <u>s/Patrick J. Schiltz</u>
                                 PATRICK J. SCHILTZ
                                 United States District Judge